```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 19294
   MARTIN RUIZ
   MARICELA RUIZ                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0619    SSN XXX-XX-9747

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/26/2008 and was confirmed 11/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/22/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00            .00            .00
COUNTRYWIDE HOME LOANS    SECURED NOT I     1612.40            .00            .00
WASHINGTON MUTUAL         CURRENT MORTG         .00            .00            .00
PARK NATIONAL BANK        CURRENT MORTG         .00            .00            .00
COOK COUNTY TREASURER     SECURED           1935.32            .00          75.00
WACHOVIA DEALER SERVICES  SECURED VEHIC         .00            .00            .00
GMAC                      SECURED VEHIC         .00            .00            .00
AMERICAN GENERAL FINANCE  SECURED           2029.01           8.37         121.63
AMERICAN GENERAL FINANCE  UNSEC W/INTER NOT FILED              .00            .00
AFSCI                     UNSEC W/INTER NOT FILED              .00            .00
AMERICAN GENERAL FINANCE  UNSEC W/INTER     3103.41            .00            .00
LVNV FUNDING              UNSEC W/INTER     9938.85            .00            .00
LVNV FUNDING              UNSEC W/INTER     6005.46            .00            .00
CITIBANK                  UNSEC W/INTER     1062.86            .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER      518.64            .00            .00
EDFINANCIAL SERVICES      UNSEC W/INTER         .00            .00            .00
EDFINANCIAL SERVICES      UNSEC W/INTER         .00            .00            .00
EDFINANCIAL SERVICES      UNSEC W/INTER         .00            .00            .00
EDFINANCIAL SERVICES      UNSEC W/INTER         .00            .00            .00
EDFINANCIAL SERVICES      UNSEC W/INTER         .00            .00            .00
GE MONEY BANK             UNSEC W/INTER     1133.38            .00            .00
HSBC BANK NEVADA          UNSEC W/INTER      912.17            .00            .00
MEDICAL                   UNSEC W/INTER NOT FILED              .00            .00
NICOR GAS                 UNSEC W/INTER      292.83            .00            .00
SALLIE MAE INC            UNSEC W/INTER         .00            .00            .00
SALLIE MAE SERVICING      UNSEC W/INTER         .00            .00            .00
PORTFOLIO RECOVERY        UNSEC W/INTER      752.82            .00            .00
ROUNDUP FUNDING LLC       UNSEC W/INTER      769.40            .00            .00
US BANK/NA ND             UNSEC W/INTER NOT FILED              .00            .00
LVNV FUNDING/WASHINGTON   UNSEC W/INTER     3802.79            .00            .00
AT&T                      UNSEC W/INTER NOT FILED              .00            .00
IVAN RUIZ                 NOTICE ONLY   NOT FILED              .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 19294 MARTIN RUIZ & MARICELA RUIZ
```

```
PIERCE & ASSOCIATES      MORTGAGE NOTI  NOT FILED           .00           .00
LVNV FUNDING             UNSEC W/INTER        .00           .00           .00
VICTOR RUIZ              NOTICE ONLY    NOT FILED           .00           .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT     29.00            .00         29.00
VERIZON WIRELESS         UNSECURED        269.81            .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY    3,500.00                      3,477.35
TOM VAUGHN               TRUSTEE                                        288.65
DEBTOR REFUND            REFUND                                           .00
```

      Summary of Receipts and Disbursements:
    ---------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
    ---------------------------------------------------------------------
```
TRUSTEE                 4,000.00

PRIORITY                                      29.00
SECURED                                      196.63
    INTEREST                                   8.37
UNSECURED                                       .00
ADMINISTRATIVE                             3,477.35
TRUSTEE COMPENSATION                         288.65
DEBTOR REFUND                                   .00
                        ---------------    ---------------
TOTALS                  4,000.00           4,000.00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE